**Opinion issued April 2, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00021-CV

_____

**ADRIANE KATONA, Appellant**

**V.**

**MAKE MOVES INVESTMENTS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1265261**

---

### MEMORANDUM OPINION

Appellant Adriane Katona filed a notice of appeal from the trial court's

December 19, 2025 final judgment. On March 19, 2026, appellant filed a Motion to

Dismiss Appeal requesting "this Court to dismiss the above-referenced appeal." *See*

TEX. R. APP. P. 42.1(a)(1).  No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1]  All other requests in the motion, not mentioned in this decision, are denied.